# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Aaron Olson,                                                               Civil No. 12-CV-2825 (MJD/TNL)

        Plaintiff,

v.                                                                 **ORDER**

County of Ramsey and
State of Minnesota,

        Defendants.

---

      Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated January 4, 2013 (Docket No.3), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed in forma pauperis (Docket No. 2) is **DENIED**; and

2. This action is summarily **DISMISSED** pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).


Date: July 16, 2013                                       s/Michael J. Davis
                                                               The Honorable Michael J. Davis
                                                               United States District Court Judge
                                                               for the District of Minnesota